UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER J. SOLBERG,<br><br>    Plaintiff,<br><br>  vs.<br><br>NDEx West, L.L.C., et al.,<br><br>    Defendants. | Case No: C 10-4600 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Plaintiff has filed a pro se motion to amend his complaint to join a non-diverse defendant and to remand the action. The motion is noticed for hearing on May 3, 2011. To expedite resolution of this matter, Defendants shall file their opposition or statement of non-opposition by no later than January 28, 2011, and Plaintiff shall file his reply, if any, by February 4, 2011. Defendants are advised that the failure to respond to Plaintiff's motion by January 28, 2011, will be construed as a consent the granting of Plaintiff's motion to amend, which will result in the remand of this action, without further notice.

Plaintiff also has filed a request for permission to e-file his documents. Dkt. 20. Such request is denied, without prejudice, based on Plaintiff's failure to demonstrate good cause for his request. This Order terminates Docket 20.

IT IS SO ORDERED.

Dated: January 19, 2011

                                              _____
                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SOLBERG et al,

       Plaintiff,

  v.

NDEX WEST, LLC. et al,

       Defendant.
_____/

Case Number: CV10-04600 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher J. Solberg
1966 Mohawk Drive
Pleasant Hill, CA 94523

Dated: January 20, 2011

                                      Richard W. Wieking, Clerk

                                              By: LISA R CLARK, Deputy Clerk