UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | | |
|---|---|---|
| CHRISTOPHER J. SOLBERG, | ) | Case No. 4:10-cv-04600-SBA |
| Plaintiff, | ) ) ) | [Assigned to the Honorable Saundra B. Armstrong] |
| v. | ) ) | **ORDER GRANTING WACHOVIA'S APPLICATION FOR LEAVE TO FILE SUR REPLY** |
| NDEx West, L.L.C.; WACHOVIA MORTGAGE; WELLS FARGO BANK, FSB; and DOES 1 through 20, inclusive, | ) ) ) ) | Hearing: |
| Defendants. | ) ) ) ) | Date: ~~May 3, 2011~~<br>Time: 1:00 p.m.<br>Ctrm: 1 |

Having read and considered the foregoing application, and good cause appearing:

**IT IS HEREBY ORDERED:**

1. That defendant Wachovia is granted leave to file a sur reply concerning the subject of remand, limited to the narrow issue of the citizenship of Wells Fargo Bank, N.A., in light of the decision in *Saberi v. Wells Fargo Home Mortg.*, 2011 U.S. Dist. LEXIS 5286 (S.D. Cal. Jan. 20, 2011). This sur reply must be filed by February 14, 2011.

2. The accommodate the additional briefing, the hearing on the pending motions currently scheduled for February 15, 2011, is CONTINUED to **March 1, 2011 at 1:00 p.m.** The Court may resolve the motions without a hearing. Civ. L.R. 7-1(b). The parties are advised to check the Court's website to determine whether an appearance is necessary.

1      IT IS SO ORDERED.

2

3 Dated: February 8, 2011            _____
                                                  HON. SAUNDRA B. ARMSTRONG
                                                  UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3   UNITED STATES DISTRICT COURT
    FOR THE
4   NORTHERN DISTRICT OF CALIFORNIA
5
6   SOLBERG et al,

            Plaintiff,
7
      v.
8
    NDEX WEST, LLC. et al,
9
            Defendant.
10  _____/
11
                                        Case Number: CV10-04600 SBA
12
                                        **CERTIFICATE OF SERVICE**
13
14  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
15
    That on February 8, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
16  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in
17  the Clerk's office.
18
19
    Christopher J. Solberg
20  1966 Mohawk Drive
    Pleasant Hill, CA 94523
21
22  Dated: February 8, 2011
                                        Richard W. Wieking, Clerk
23                                                                                    By:
                                        LISA R CLARK, Deputy Clerk
24
25
26
27
28
                                                            ORDER GRANTING LEAVE
                                                            TO FILE SUR REPLY
    G:\SBALC2\Keith\Civil\10-4600 - Solberg - Order Re Surreply.DOC    3    CASE NO. 4:10-CV-04600-SBA

1  ature)