UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER J. SOLBERG,<br><br>Plaintiff,<br><br>vs.<br><br>NDEx West, L.L.C.; WACHOVIA MORTGAGE; WELLS FARGO BANK, FSB, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: 10-4600 SBA<br><br>**ORDER STRIKING DEFENDANT'S SURREPLY** |

On February 4, 2011, Plaintiff filed a reply brief in support of his motion for approval of substitution and joinder of nondiverse defendants and remand. Dkt. 28. Approximately one-and-a-half pages of the reply is devoted to a discussion of the recent decision in Saberi v. Wells Fargo Home Mortgage, No. 10CV1985 DMS, 2011 WL 197860 (S.D. Cal. Jan. 20, 2011). Dkt. 28 at 12:2-13:11. On February 7, 2011, Defendant requested leave to file a surreply solely to respond to the "narrow issue" relating to Plaintiff's citation to Saberi. Dkt. 30. The Court granted Defendant's request. Dkt. 31.

On February 14, 2011, Defendant filed its surreply. Instead of limiting its discussion to Plaintiff's reliance on Saberi, Defendant filed an *eleven-page* brief that provides extensive argument and case citations that extend well beyond the scope of what the Court permitted. In fact, Defendant's surreply is two pages *longer* that its opposition brief. Dkt. 27. The Court will not countenance Defendant's effort to "sandbag" Plaintiff in this manner. Accordingly,

IT IS HEREBY ORDERED THAT Defendant's surreply (Dkt. 32) shall be STRICKEN from the record. Within three days of the date this order is filed, Defendant may refile a revised surreply to respond to Plaintiff's arguments regarding Saberi. The

1  surreply is limited to no than **500 words** and shall be accompanied by a certification of
2  word count.  The hearing on Plaintiff's motion for approval of substitution and joinder of
3  nondiverse defendants and remand (Dkt. 25) is CONTINUED from March 1, 2011, to
4  **<u>April 5, 2011 at 1:00 p.m.</u>**  The Court, in its discretion, may resolve the motion without
5  oral argument.  Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b).  The parties are advised to check the
6  Court's website to determine whether an appearance is required.
7      IT IS SO ORDERED.
8  Dated:  February 22, 2011

        _Saundra B Armstrong_
        SAUNDRA BROWN ARMSTRONG
        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SOLBERG et al,

        Plaintiff,

  v.

NDEX WEST, LLC. et al,

        Defendant.
                                      /

Case Number: CV10-04600 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 22, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher J. Solberg
1966 Mohawk Drive
Pleasant Hill, CA 94523

Dated: February 22, 2011

                                      Richard W. Wieking, Clerk

                                              By: LISA R CLARK, Deputy Clerk